UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-CR-22 RM |
| ) | |
| DEANDRE GRANT ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 21, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 10], ACCEPTS defendant Deandre Grant's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  April 11, 2013

 /s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana